*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:   December 15, 2016                   522978
_____

In the Matter of CARL
    MACEDONIO,
                          Petitioner,

        v
                                              MEMORANDUM  AND  JUDGMENT
ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
    et al.,
                          Respondents.
_____

Calendar Date:   October 25, 2016

Before:  McCarthy, J.P., Lynch, Rose, Mulvey and Aarons, JJ.

_____


        Carl Macedonio, Ossining, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondents.

_____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of respondent Superintendent of Shawangunk
Correctional Facility finding petitioner guilty of violating
certain prison disciplinary rules.

        Petitioner commenced this CPLR article 78 proceeding to
challenge a tier II determination finding him guilty of violating
certain prison disciplinary rules.  The Attorney General has
advised this Court that the determination has since been
administratively reversed, all references thereto have been
expunged from petitioner's institutional record and the mandatory
$5 surcharge has been refunded to petitioner's inmate account.

In view of this, and given that petitioner has been granted all the relief to which he is entitled, the petition must be dismissed as moot (see Matter of Ballard v Racette, 140 AD3d 1428, 1428 [2016]).

McCarthy, J.P., Lynch, Rose, Mulvey and Aarons, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court